UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAHMAN ASFESTANI,

    Petitioner,

    v.

CURRENT OR ACTING DIRECTOR, SAN FRANCISCO FIELD OFFICE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

    Respondents.

Case No. 25-cv-09683-JD

**ORDER OF TRANSFER**

This is a habeas case brought pro se by an immigration detainee pursuant to 28 U.S.C. § 2241. Petitioner challenges his detention by the United States Immigration and Customs Enforcement at the Golden State Annex Detention Center in Kern County, which lies in the Eastern District of California. The petition was filed while he was detained at that location. Accordingly, this action is transferred to the Eastern District of California, as that is the district of detention. *See* 28 U.S.C. §§ 1406(a), 2241(a); *see also Doe v. Garland*, 109 F.4th 1188, 1197-98 (9th Cir. 2024).

**IT IS SO ORDERED.**

Dated: November 13, 2025

JAMES DONATO
United States District Judge